ARTHUR T. MURRAY *vs.* ELIZABETH J. HULBERT ET AL.

Third Judicial District.
Argued April 20th—decided June 14th, 1904.

ACTION to recover damages for personal injury caused by the bite of a dog alleged to have been kept by the defendants, brought to the Court of Common Pleas in Fairfield County and tried to the jury before *Light, Acting-Judge ;* verdict and judgment for the plaintiff for $450, and appeal by the defendants for the refusal of the trial court to set aside the verdict as against the evidence and for excessive damages. *No error.*

*Leo Davis,* for the appellants (defendants).

*James T. Hubbell,* for the appellee (plaintiff).

Opinion filed with the clerk of the Court of Common Pleas in Fairfield County.